Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SABATINI,<br><br>Plaintiff,<br><br>vs.<br><br>VEONEER, INC., ROBERT W. ALSPAUGH, JAN CARLSON, JAMES M. RINGLER, MARK DURCAN, JONAS SYNNERGREN, MARY LOUISE CUMMINGS, KAZUHIKO SAKAMOTO, and WOLFGANG ZIEBART,<br><br>Defendants. | Case No. 2:21-cv-07676-FMO-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Eric Sabatini ("Plaintiff") voluntarily dismisses the claims in the above-captioned action (the "Action") without prejudice.  Because this notice of dismissal is being filed with the Court before service by the defendants of either an

- 1 -

NOTICE OF VOLUNTARY DISMISSAL

1   answer or a motion for summary judgment, Plaintiff's dismissal of the Action is

2   effective upon the filing of this notice.

3       Dated: October 14, 2021                    **WEISSLAW LLP**

4                                                  Joel E. Elkins

5                                                  By: */s/ Joel E. Elkins*

6
                                                   Joel E. Elkins
7                                                  611 Wilshire Blvd., Suite 808
                                                   Los Angeles, CA 90017
8                                                  Telephone:  310/208-2800
                                                   Facsimile:  310/209-2348
9                                                          -and-
                                                   Richard A. Acocelli
10                                                 305 Broadway, 7th Floor
                                                   New York, NY  10007
11                                                 Telephone: 212/682-3025
                                                   Facsimile:  212/682-3010
12

13                                                 *Attorneys for Plaintiff*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

NOTICE OF VOLUNTARY DISMISSAL